Honorable Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| URIEL P. DUKES, JR., individually and as Guardian ad Litem for ARIEL DUKES, LATRELLE DUKES and URIEL P. DUKES, III; and MARIA DUKES,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | NO. C05 5096<br><br>ORDER GRANTING STAY |

THIS MATTER having come before the Court upon a Stipulation by the Plaintiffs, by and through their attorney, DAN M. ALBERTSON, and the Defendant, by and through its attorney, PATRICIA D. GUGIN, Assistant United States Attorney, and the Court being duly advised in the premises, and finding good cause to stay the above-entitled action in order to permit the Plaintiffs to comply with the administrative claim provisions of the Federal Tort Claims Act, and

ORDER GRANTING STAY - 1

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

further to permit the Plaintiffs to file a Complaint following completion of the administrative claim process, now, therefore, it is

ORDERED that the above-entitled action is stayed. It is further

ORDERED that Plaintiffs are granted leave to file a Complaint following the completion of the administrative claim process pursuant to the Federal Tort Claims Act. It is further

ORDERED that upon filing the new Complaint, which shall be a related action to the action sub judice, docket number C05 5096, the two actions shall be consolidated for pretrial purposes and for trial, and a new order regarding discovery and scheduling shall issue.

DONE IN OPEN COURT this 13th day of March 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ALBERTSON LAW OFFICES

S/ Dan M. Albertson
DAN M. ALBERTSON, WSBA# 10962
Attorney for Plaintiffs
711 Court A, Suite 200
Tacoma, WA 98402
253-475-2000
E-mail: dmalaw@att.net

ORDER GRANTING STAY - 2

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000

Approved as to form; Notice of
Presentation Waived:

U.S. DEPARTMENT OF JUSTICE

S/ Patricia D. Gugin
PATRICIA D. GUGIN, PABA #54927
Attorney for Defendant
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
253-428-3800
E-mail: pat.gugin@usdoj.gov

ORDER GRANTING STAY - 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is a person of such age and discretion as to be competent to serve papers;

That on March 13, 2006, he electronically filed the foregoing document, with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

```
PATRICIA D. GUGIN
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4305
E-mail: pat.gugin@usdoj.gov
```

ALBERTSON LAW OFFICES

S/ Dan M. Albertson

```
DAN M. ALBERTSON, WSBA# 10962
Attorney for Plaintiffs
711 Court A, Suite 200
Tacoma, WA 98402
E-mail: dmalaw@att.net
```

ORDER GRANTING STAY - 4

Dan M. Albertson
Attorney at Law
711 Court A, Suite 200
Tacoma, Washington 98402
(253) 475-2000